**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**
**FOURTH DIVISION**

Court File No.: 01-CV-82
DWF/AJB

Fong Vang,

Plaintiff,

vs.

Morrie's Minnetonka Ford,

Defendant.

**STIPULATION TO DISMISS STATE LAW CLAIMS WITH PREJUDICE AND SERVE AN AMENDED COMPLAINT AND ORDER DISMISSING STATE LAW CLAIMS AND GRANTING LEAVE TO SERVE AN AMENDED COMPLAINT**

Whereas, Count I of the complaint in the above-referenced matter alleged claims under the federal Truth in Lending Act ("TILA"), 15 U.S.C. §1601, *et seq.*, and state law claims under the Minnesota Motor Vehicle Retail Installment Sales Act ("MMVRISA"), Minn. Stat. §168.66, *et seq.*, and Count II of the complaint alleged state law claims of conversion;

Whereas, Plaintiff desires to voluntarily dismiss with prejudice all of the state law claims alleged in the complaint and allege an additional claim under the TILA, specifically 15 U.S.C. §1638(a);

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel, that the state law claims alleged in the complaint may be and hereby are dismissed with prejudice on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

JUL 18 2001
JUDGMENT ENTD JUL 18 2001
DEPUTY CLERK

**IT IS FURTHER STIPULATED AND AGREED** by the parties, through their undersigned counsel, that Plaintiff may serve and file the "proposed" amended complaint which is attached hereto as Exhibit A upon the Defendant and that Defendant will have twenty (20) days after service of the amended complaint to interpose an answer or otherwise defend.

Dated: July 13, 2001

**THOMAS J. LYONS & ASSOCIATES, P.A.**

Thomas J. Lyons (#65699)
Attorney for Plaintiff
342 East County Road D
Little Canada, MN 55117
(651) 770-9797

Dated: July 11, 2001

**JOHNSON & VAN VLIET, L.L.P.**

Gregory J. Johnson (#202678)
Attorney for Defendant
332 Minnesota Street, Suite W-975
St. Paul, MN 55101
(651) 227-2534

## ORDER

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment dismissing with prejudice the state law claims alleged in Counts I and II of the complaint, but without costs and disbursements to any party.

Plaintiff is further granted leave to serve the amended complaint upon Defendant and Defendant shall have twenty days after service thereof to serve an answer or otherwise defend.

Dated: July 18, 2001

**BY THE COURT:**

DONOVAN W. FRANK
United States District Court

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-82 DWF/AJB**

---

FONG VANG,

Plaintiff,

vs.

MORRIE'S MINNETONKA FORD,
a Minnesota Corporation,

Defendant.

***PROPOSED***

**AMENDED COMPLAINT AND JURY TRIAL DEMAND**

---

## INTRODUCTION

1. Plaintiff brings this action for damages to redress the misrepresentations made by a car dealer during the sale and financing of a motor vehicle. This Complaint is filed and these proceedings are instituted under the Truth in Lending Act for both statutory and actual damages, reasonable attorney's fees, and costs because of Defendant's violations of the federal consumer protection statutes.

## I.

## PARTIES

2. The Plaintiff Fong Vang is a natural person and resident of the State of Minnesota.

3. Defendant Morrie's Minnetonka Ford (hereinafter "Defendant") at all relevant times was a Minnesota corporation doing business as an automobile dealership from the address of 13400 Wayzata Boulevard, Minnetonka, Minnesota. That at all times relevant hereto, in the ordinary course of its business, Defendant regularly extended or offered to extend consumer credit for which a finance charge was to be imposed or which, by written agreement, was

**EXHIBIT A**

payable in more than four installments, making this Defendant a creditor within the meaning of the Truth in Lending Act, 15 U.S.C. § 1602(f) and Regulation Z, 12 C.F.R., § 226.2(a)(17).

## II.

## JURISDICTION

4. This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1640(e), 49 U.S.C. § 32710(b), and 28 U.S.C. § 1331. Declaratory relief is requested pursuant to 28 U.S.C. §2201 and §2202.

## III.

## FACTS

5. On or about November 27, 2000 Plaintiff Vang purchased from Defendant a 1995 Mazda Protégé VIN# JM1BA141390114172 for a purchase price of $5,195.14 (*See* Exhibit 1 – Purchase Agreement).

6. As a result of Defendant's fraud and misrepresentations Plaintiff has suffered damages in an amount not less than $5000.

7. Pursuant to the Retail Installment Sales Contract, Plaintiff agreed to accept financing from Defendant for the balance due in the approximate amount of $275.37 per month. (*See* Exhibit 2).

8. After signing the Buyer's Order, Plaintiff signed a retail installment sale contract (Ford Motor Credit Corporation), transferred his license plate and tags from his trade-in, and took possession of the vehicle. (*See* Exhibit 2.)

9. Pursuant to Defendant's established business practice, Plaintiff did not receive a copy to keep of either the Buyer's Order or the Ford Motor Credit Corporation installment sales Contract

until after Defendant obtained his signature on all the documents, in other words Plaintiff could not use the credit disclosures for the purpose of shopping for other available credit as envisioned by state and federal TILA.

10. Pursuant to its standard business practice, Defendant considered the Ford Motor Credit Corporation Contract merely to be an estimate of the credit terms it might provide even though the Ford Motor Credit Corporation retail installment sale contract is unconditional by its express terms and even though Morrie's represented to Plaintiff that it was a completed sale.

11. Defendant did not consider the credit disclosures on the Ford Motor Credit Corporation retail installment sale contract to be anything but estimates because it intended to unilaterally cancel the contract if it was unable to sell the retail installment sale contract to an assignee, as evidence by the conditional sale agreement dated 11-27-00. (*See* Exhibit 3). The retail installment sale contract was a consumer credit sale with Defendant and as such strictly regulated under the Truth in Lending Act, 15 U.S.C. 1602 (e), (g) and (h) and Regulation Z 12 C.F.R. § 226.2 (a)(11),(14) and (16) and Minn Stat §168.71.

## IV.

## TRIAL BY JURY

12. Plaintiff is entitled to and hereby requests a trial by jury. US Const. Amend: 7. Fed. R. Civ. Pro. 38.

## V.

## CLAIMS FOR RELIEF

## COUNT I.

## VIOLATIONS OF THE TRUTH IN LENDING ACT

13. Defendant violated the federal and state Truth in Lending Acts by failing to deliver any disclosures to Plaintiff in a form he could keep prior to his execution by signature and thus the consummation of the transaction as required by 15 U.S.C. § 1640, 1638 (a) and (b)(1) and Regulation Z, 12 C.F.R. and § 226.17(a) and (b).

14. Defendant further violated this Act because it treated the disclosures on the Retail Installment Sales Contract as estimates about the terms of the credit that it might provide Plaintiff (See Ex 3), and pursuant to Regulation Z, 12 C.F.R. § 226.17(c)(2), the disclosures should have been marked as estimates.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Fong Vang respectfully prays that this Court:

a) Assume jurisdiction of this case;

b) Award statutory damages in the amount of twice the finance charge in accordance with the Truth in Lending Act, 15 U.S.C. § 1640(a)(2)(A)(i);

c) Enjoin the Defendant from engaging in prohibited practices;

d) Award actual damages under the Truth in Lending Act;

e) Award Plaintiff his costs and reasonable attorney's fees in accordance with the Truth in Lending Act and the state law; and

f) Award such other relief as the Court deems appropriate.

Dated this ___ day of June 2001.

**THOMAS LYONS & ASSOCIATES P.A.**

By:______________________________
Thomas J. Lyons
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

Attorneys for Plaintiff

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. §549.211 (1997), to the party against whom the allegations in this pleading are asserted.

______________________________
THOMAS J. LYONS

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

| | | |
|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 U. S. Courthouse<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 |