# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fong Vang,

v.

Morric's Minnctonka Ford, a
Minnesota Corporation,

Case No. Civil 01-82 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion for summary judgment is granted.

Plaintiff's cross-motion for summary judgment is denied.

Plaintiff's amended complaint is dismissed with prejudice.

DATE: December 11, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

25