**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**
**FOURTH DIVISION**

---

Fong Vang,

Plaintiff,

v.

Morrie's Minnetonka Ford,

Defendant.

Court File No.: 01-CV- 82 DWF/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

Whereas, Plaintiff desires to dismiss this case, **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned counsel, that Plaintiff's claims in the above-captioned matter may be and hereby are dismissed with prejudice and without costs, disbursements or attorney's fees and that any party hereto may apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 10·21·02

**THOMAS LYONS & ASSOCIATES, P.A.**

Thomas Lyons

Thomas J. Lyons, Esq.
Attorney for Plaintiff
342 East County Road D
Little Canada, MN 55117
(651) 770-9797

FILED OCT 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 30 2002
DEPUTY CLERK

Dated: 10/18/02

JOHNSON & VAN VLIET, L.L.P.

Gregory J. Johnson (#202678)
Attorney for Defendant
332 Minnesota Street
First National Bank Building
Suite West 975
St. Paul, Minnesota 55101
(651) 227-2534

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment dismissing Plaintiff's claims with prejudice and without costs, disbursements or attorney's fees.

Dated: 10-30-02

BY THE COURT:

Judge of District Court